IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERNESTINE MURDOCK and       )
CLAYTON THOMASON,           )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv341-MHT
                            )          (WO)
TRAVELERS PERSONAL          )
INSURANCE COMPANY,          )
et al.,                     )
                            )
     Defendants.            )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED and ADJUDGED that:

(1) Defendant Geico Insurance Company's motion to dismiss (Doc. 14) is granted.

(2) All claims against defendant Geico Insurance Company are dismissed with prejudice, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of September, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**