IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERNESTINE MURDOCK and CLAYTON THOMASON, <br><br>  Plaintiffs, <br><br>  v. <br><br> TRAVELERS PERSONAL INSURANCE COMPANY and LARRY MASTERS, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO.<br>2:23cv341-MHT<br>(WO) |

### ORDER

Upon consideration of the parties' joint motion for disbursement of funds (Doc. 35), it is ORDERED that:

(1) The motion is granted.

(2) The clerk of court is DIRECTED to disburse the full amount of the interpleaded funds ($2,173.62), plus any accrued interest, to plaintiffs Ernestine Murdock and Clayton Thomason, in care of the Law Office of Sebrina L. Martin, PLLC, 1 Commerce St. Suite 600, Montgomery, AL, 36104.

DONE, this the 5th day of April, 2024.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE