```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ERNESTINE MURDOCK and      )
CLAYTON THOMASON,          )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:23cv341-MHT
                           )           (WO)
TRAVELERS PERSONAL         )
INSURANCE COMPANY and      )
LARRY MASTERS,             )
                           )
     Defendants.           )
```

## AMENDED ORDER

Upon consideration of the parties' joint motion for disbursement of funds (Doc. 35), it is ORDERED that:

(1) The motion is granted.

(2) The clerk of court is DIRECTED to disburse the full amount of the interpleaded funds ($2,173.63), plus any accrued interest, to plaintiffs Ernestine Murdock and Clayton Thomason, in care of the Law Office of Sebrina L. Martin, PLLC, 1 Commerce St. Suite 600, Montgomery, AL, 36104.

DONE, this the 29th day of April, 2024.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE